UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  SACV 15-00864 JLS (JCG)                Date:  October 1, 2015
Title:  Arthur A. Menchaca, et al. v. Karen Sue Naylor, et al.

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

|   Terry Guerrero   |        N/A        |
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

Not Present                                        Not Present

**PROCEEDINGS:   (IN CHAMBERS)  ORDER TO SHOW CAUSE ("OSC") AND
ORDER VACATING SCHEDULING CONFERENCE**

On June 29, 2015, the Court set a scheduling conference for September 18, 2015 (later continued to October 9, 2015), and ordered counsel to file their Joint 26(f) Report in advance of the scheduling conference.  (*See* Docs. 19 & 41.)  In the Order Setting Scheduling Conference, the Court expressly cautioned counsel that **"[a] proposed Scheduling Order without a fully completed Exhibit A will be rejected by the Court and may subject the parties to sanctions."** (*Id.* at 2, emphasis in the original.)  The Joint Rule 26(f) Report filed by the parties did not include an Exhibit A.  (Doc. 40.)

Accordingly, no later than October 9, 2015, counsel shall file an Amended Joint Rule 26(f) Report with a fully completed Exhibit A.  Failure to do so may result in the imposition of monetary or other sanctions.  (*See* Fed. R. Civ. P. 16(f).)

The Court VACATES the Scheduling Conference.

**IT IS SO ORDERED.**

Initials of Preparer:  tg